# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-8255 FMO | Date | November 14, 2013 |
|---|---|---|---|
| Title | In re: GGW Brands, LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Dismissal for Lack of Jurisdiction

On November 7, 2013, this bankruptcy action was appealed to this court pursuant to 28 U.S.C. § 158(a), (b). (See, generally, Notice of Appeal). The bankruptcy order being appealed is the Order Denying GGW Global Brands, Inc. Motion to Dismiss Bankruptcy Case of GGW Marketing, LLC of October 23, 2013. (See id. at 4-5).

District courts have jurisdiction to hear appeals from final judgments, orders and decrees, and interlocutory orders and decrees with leave of the court. See 28 U.S.C. § 158(a)(1), (3). "[T]he denial of a motion to dismiss is an interlocutory order. Normally, such orders are not appealable as of right." In re Burke, 95 B.R. 716, 717 (9th Cir. BAP 1989) (internal citation omitted). Appellant has not moved for leave to appeal.

Accordingly, IT IS ORDERED that:

1. No later than **November 27, 2013**, appellant shall show cause in writing why this action should not be dismissed for lack of jurisdiction. Appellees may submit a response in the same time period.

2. Failure to file a response to the order to show cause by the deadline set forth above shall be deemed consent to the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-8255 FMO | Date | **November 14, 2013** |
|---|---|---|---|
| Title | In re: GGW Brands, LLC, et al. | | |

    3.  A copy of all papers filed with the court shall be delivered to the drop box outside chambers at Suite 520, Spring Street Courthouse, 312 North Spring Street, **no later than 12:00 noon the following business day**.  All chambers copies shall comply fully with the document formatting requirements of Local Rule 11-3, including the "backing" requirements of Local Rule 11-3.5.  Counsel may be subject to sanctions for failure to deliver a mandatory chambers copy in full compliance with this Order and Local Rule 11-3.

                                                                                              00  :  00

                                                    Initials of Preparer    vdr