# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GGW BRANDS, LLC, et al. <br><br> GGW GLOBAL BRANDS, INC., <br><br>　　　　　Appellant, <br><br>　　v. <br><br> GGW MARKETING, LLC, et al., <br><br>　　　　　Appellees. | NO. CV 13-8255 FMO <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On November 14, 2013, the court issued an Order to Show Cause why this case should not be dismissed for lack of jurisdiction.

A written response to the Order to Show Cause was ordered to be filed no later than November 27, 2013. As of the filing date of this Order, no response has been filed to the court's Order to Show Cause. The Order to Show Cause stated that failure to file a response within the deadline "shall be deemed consent to the dismissal of this action." (Court's Order of November 14, 2013, at 1). Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of jurisdiction and for failure to comply with the orders of the court, pursuant to Local Rule 41.

Dated this 3rd day of December, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　United States District Judge