JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GGW BRANDS, LLC, et al. | NO. CV 13-8255 FMO |
| GGW GLOBAL BRANDS, INC., | |
| Appellant, | **JUDGMENT** |
| v. | |
| GGW MARKETING, LLC, et al., | |
| Appellees. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 3rd day of December, 2013.

/s/
Fernando M. Olguin
United States District Judge