Michael D. Kolodzi (State Bar No. 255772)
THE KOLODZI LAW FIRM
5981 Topanga Canyon Boulevard
Woodland Hills, California 91367
Telephone: (818) 287-7173
Facsimile: (818) 571-6094
E-mail: mdk@mdklawfirm.com

*Attorney for Appellant GGW Global Brands, Inc.*

David M. Stern (State Bar No. 067697)
Robert J. Pfister (State Bar No. 241370)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
E-mail: dstern@ktbslaw.com
         rpfister@ktbslaw.com

*Attorneys for Appellees R. Todd Neilson,
Chapter 11 Trustee, and GGW Marketing, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re<br><br>GGW BRANDS, LLC, *et al.*,<br><br>Debtors. | Case No. 2:13-cv-08255-FMO |
| GGW GLOBAL BRANDS, INC.,<br><br>Appellant,<br><br>v.<br><br>R. TODD NEILSON (solely in his capacity as chapter 11 trustee of GGW Brands, LLC, GGW Direct, LLC, GGW Events, LLC and GGW Magazine, LLC) and GGW MARKETING, LLC,<br><br>Appellees. | **JOINT NOTICE OF MOTION FOR HEARING OF BANKRUPTCY APPEAL**<br><br>**Hearing**<br><br>Date: May 22, 2014<br>Time: 10:00 a,m,<br>Judge: Hon. Fernando M. Olguin<br>Place: 312 North Spring Street<br>  Los Angeles, CA 90012<br>Room: Courtroom 22 – Fifth Floor |

**TO: THE HON. FERNANDO M. OLGUIN, UNITED STATES DISTRICT JUDGE, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Section II.C of the Court's *Case Management Order re Bankruptcy Appeals* [Docket No. 13] (the "CMO"), appellant GGW Global Brands, Inc. and appellees R. Todd Neilson (solely in his capacity as chapter 11 trustee of the chapter 11 estates of GGW Brands, LLC, GGW Direct, LLC, GGW Events, LLC, and GGW Magazine, LLC) and GGW Marketing, LLC respectfully submit this *Joint Notice of Motion for Hearing of Bankruptcy Appeal*, requesting that the above-captioned bankruptcy appeal be set for hearing on **May 22, 2014, at 10:00 a.m.**, at 312 North Spring Street, Los Angeles, California, in Courtroom 22 (Fifth Floor).[1]

PLEASE TAKE FURTHER NOTICE that, pursuant to Section II.D of the CMO, "[a]fter the Joint Brief is filed, each party may file a supplemental memorandum of points and authorities no later than fourteen (14) days prior to the hearing date. The supplemental memorandum shall not exceed ten (10) pages in length. No other separate memorandum of points and authorities shall be filed by either party in connection with the Joint Brief." Accordingly, the parties' supplemental memoranda are due no later than May 8, 2014.

---

[1] The CMO states that the parties' *Joint Brief in Bankruptcy Appeal* filed concurrently herewith (the "Joint Brief") "shall be accompanied by a Joint Notice of Motion for Hearing of Bankruptcy Appeal, which shall set the matter for hearing pursuant to the Local Rules." Local Rule 6-1 provides that motions must be set on 28 days' notice, and Judge Olguin's *Procedures and Schedules* specifies that motions are to be noticed for hearing on Thursdays at 10:00 a.m. The noticed date (May 22, 2014) is the first Thursday that is more than 28 days following the filing of the Joint Brief. The noticed date is not listed as a "Closed" hearing date on the Court's website.

DATED: April 21, 2014

Respectfully submitted,

THE KOLODZI LAW FIRM

_____
Michael D. Kolodzi

*Attorney for GGW Global Brands, Inc.*

KLEE, TUCHIN, BOGDANOFF & STERN LLP

_____
Robert J. Pfister

*Attorneys for R. Todd Neilson, Chapter 11 Trustee, and GGW Marketing, LLC*

2
JOINT NOTICE OF MOTION FOR HEARING OF BANKRUPTCY APPEAL

Central District of California Case No. 2:13-CV-08255-FMO

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on April 21, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 21, 2014     */s/ Michael D. Kolodzi*
                          Michael D. Kolodzi